**Opinion issued May 16, 2013**



In The

# Court of Appeals

For The

# First District of Texas

—————————

## NO. 01-12-00710-CV

—————————

**RICKEY B. NEWELL, Appellant**

**V.**

**LITTON LOAN SERVICING LLC, Appellee**

On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2010-13020A

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. They represent

that they have reached an agreement regarding the matters in this case and request

that we render judgment in accordance with their agreement, or alternatively, set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we grant the motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.

2